USDC SCAN INDEX SHEET










```
SUI  7/6/05 14:30
3:05-CV-01309   SEALED V. SEALED
*20*
*LTR.*
```



**Procopio Cory Hargreaves & Savitch LLP**
Founded 1946

530 B Street • Suite 2100 • San Diego, California 92101-4469
Telephone 619-238-1900 • Fax 619-235-0398
www.procopio.com

FILED
05 JUL -6 AM 11: 04
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Jeffrey Isaacs
Direct Dial: (619) 515-3212
E-mail: ji@procopio.com

June 30, 2005

**NUNC PRO TUNC**

JUN 3 0 2005

**BY HAND**

Office of the Clerk
United States District Court
Southern District of California
940 Front Street
San Diego, California 92101-8930

    Re:    <u>**CSC Holdings, Inc. v. Orion Communications, Inc. dba Blackchips.com**</u>
             <u>**United States District Court Case No. O5 CV 1309 DMS (JFS)**</u>

Dear Sir/Madam:

This firm represents plaintiff CSC Holdings, Inc. in the above-referenced action, which presently is filed under seal. Pursuant to the terms of the Court's June 28, 2005 Order Temporarily Sealing Court File, I write to advise the Court that the seizure ordered as part of the Temporary Restraining Order entered in this case has been conducted. Therefore, the Court file can now be unsealed for all purposes.

Thank you for your attention to this matter.

                      Sincerely,

                      Jeffrey Isaacs

JI:cm

112182.000002/541843.01

*North County Office:* 1917 Palomar Oaks Way • Suite 300 • Carlsbad, California 92008-6511 • Telephone 760-931-9700 • Fax 760-931-1155